FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) KYLIEFF BROWN    KN 8979
(Name of Plaintiff)   (Inmate Number)

1000 Follies Road Dallas. PA. 18612
(Address)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Superintendent ~~███████~~ MAHAllY

(2) DEPUTY ~~███████~~ ZAKARAUSKAS

(3) DEPUTY Miller
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

**FILED**
**SCRANTON**

OCT 0 4 2017

PER _____
       DEPUTY CLERK

4:17CV1799
(Case Number)

CIVIL COMPLAINT

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                   ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____
   _____
   _____
   _____

1

Additional Defendants

4) Major White   At S.C.I. Dallas
   1000 Follies road   Dallas, pa. 18612

5) Major Cerelli   At S.C.I. Dallas
   1000 Follies road   Dallas, pa. 18612

6) Captain Martin   At S.C.I. Dallas
   1000 Follies road   Dallas, pa. 18612

7) Lieutenant Starloinski   At S.C.I Dallas
   1000 Follies road   Dallas, pa. 18612

8) C/O Miller   At S.C.I. Dallas
   1000 Follies road   Dallas, pa. 18612

9) C/O Mitchell   At S.C.I. Dallas
   1000 Follies road   Dallas, pa. 18612

10) Counselor Sulim   At S.C.I. Dallas
    1000 Follies road   Dallas, pa. 18612

P.S. This Institution is not tryna release my past six month account statements so please reach out to this institution to have them send this court my past six month account statement I sent inmate account the authorization form that y'all provided me and nothing has happened yet!

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? I Filed several grievances and none of my grievance was answered I'm being deprived of a answer to any of my grievances

2. What was the result? I'm being ignored and nothing that I filed in this jail got answered to including my request slips Etc...

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: ████ MAHALLY
   Employed as Superintendent at S.C.I. Dallas
   Mailing address: 1000 Follies Road Dallas. PA. 18612

(2) Name of second defendant: ████ ZAKARAUSKUS
   Employed as Deputy Superintendent at S.C.I. Dallas
   Mailing address: 1000 Follies Road Dallas. PA. 18612

(3) Name of third defendant: Deputy Miller
   Employed as Deputy Superintendent at S.C.I. Dallas
   Mailing address: 1000 Follies Road Dallas. PA. 18612

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. I Arrived in this Institution on August 22.2017 and I told Deputy Zakarauskus when I had my prc Hearing on August. 24.2017 who my enemies in. this jail was and Deputy Zakarauskus still sent me to population knowing my security concerns so I

2

spoke to major white and major Cerelli on 9-7-17 face to face and nothing happened.

2. On 9-21-17 I was robbed and tied up by several inmates then assulted and the Security Lt. Staczinski and Captain Martin Ignored my issues and C/O Miller and C/O Mitchell opened my door for this incident to take place. I notified Deputy Miller and my Counselor now Ms. Sulim and nobody did nothing but Ignore me.

3. I know that my 8TH Amendment Rights are being violated here at S.C.I. Dallas Due to the unprofessional way this jail is ran and. The Administration Here is Tryna Get me Killed by Telling other Inmates So many Bad Things About me So my Life is in Serious Danger Here In This Jail.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I need to be transferred out of this Jail immediately before I get killed by either a staff member or another inmate I'm a target in this jail and it suppose to be $10,000 cash on my head for somebody to kill me in this Institution.

2. I'm being retaliated against and conspired against by the staff here at S.C.I. Dallas and my 8TH Amendment rights are being violated and I have proof of how my 8TH Amendment rights are being violated. And I would like to resolve this issue in Court one Day real soon.

3. To take this life threatening issue that I'm facing threw to be taken serious and for the courts to take this issue serious and provide me with some help immediately.

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30TH__ day of __September__, 20__17__.

_____
(Signature of Plaintiff)

4

Kylieff Brown
#KN 8979
S.C.I. Dallas
1000 Follies Road
Dallas, PA. 18612

INMATE MAIL

ZIP 18612 $ 002.24⁰
02 1W
0001389220 OCT 02 2017

RECEIVED
SCRANTON
OCT 04 2017
PER_____ DEPUTY CLERK